1 A.3d 867

ALLEGHENY COUNTY DEPUTY SHERIFFS'
ASSOCIATION, Petitioner

v.

PENNSYLVANIA LABOR RELATIONS BOARD, Respondent.

Supreme Court of Pennsylvania.

Aug. 12, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of August, 2010, the Petition for Allowance of Appeal is hereby **GRANTED.** The issue, rephrased for clarity, is:

Whether the Commonwealth Court erred in affirming the PLRB's dismissal of the sheriffs' association's petition to represent deputy sheriffs as police officers under Act 111, when the PLRB disregarded *Hartshorn v. County of Allegheny*, 460 Pa. 560, 333 A.2d 914 (1975), and *Commonwealth v. PLRB*, 502 Pa. 7, 463 A.2d 409 (1983).